IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL DEWAYNE LYONS | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv436 |
| CHRISTOPHER NORSWORTHY, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Dewayne Lyons, proceeding *pro se*, filed the above-styled lawsuit against Christopher Norsworthy and Kevin Smith.  The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends granting a motion for summary judgment filed by the defendants.

The Court has received and considered the Report and Recommendation, along with the record and pleadings.  No objections to the Report and Recommendation have been filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge [Dkt. 21] is ADOPTED as the opinion of the Court.  The motion for summary judgment [Dkt. 16] is GRANTED.  A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 1st day of February, 2023.**

Michael J. Truncale
United States District Judge